IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

FILED
JUL 15 2024
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK

| | |
|---|---|
| ALONZO CORTES, Individually and as Personal Representative of the Estate of MARICELA CORTES f/k/a BERTHA TREVINO, Deceased; CARLOS RODRIGUEZ; OLIVIA RODRIGUEZ, ALONZO CORTES, JR.; MARIA DE LOS ANGELES-CORTES; and VIVIAN GARZA,<br>　　　Plaintiffs,<br><br>v.<br><br>DOLLAR TREE STORES, INC. and PATRICIA GARZA | §§§§§§§§§§§§§§§§ Civil Action No.<br>DR-23-CV-00013-AM/MHW |

## ORDER OF DISMISSAL WITH PREJUDICE

On July 11, 2024, the Parties filed an Agreed Stipulation of Dismissal with Prejudice that complies with the requirements of Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (Agreed Stipulation of Dismissal, ECF No. 6.)

**IT IS THEREFORE ORDERED** that the Plaintiffs' claims asserted in this suit against the Defendants are **DISMISSED WITH PREJUDICE** as set forth in the Stipulations and in Rule 41(a)(1)(A)(ii). **IT IS FURTHER ORDERED** that all pending motions, if any, be denied as moot and all future hearing settings in this matter are vacated. A Clerk's judgment shall immediately issue.

SIGNED and ENTERED on this 15th day of July 2024.

_____
ALIA MOSES
Chief United States District Judge